# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| 1ST SIGNATURE LENDING, LLC, | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 2:20-cv-02894 JTF-cgc |
| BRIGHTON BANK, | ) |
|     Defendant/Counter-Plaintiff. | ) |

## JOINT NOTICE OF DISMISSAL

Relying on Federal Rule of Civil Procedure 41, Plaintiff/Counter-Defendant 1st Signature Lending, LLC, and Defendant Brighton Bank submit this Joint Notice of Dismissal. The parties report to the Court that they have entered into a confidential settlement agreement and have both signed that agreement. The funds called to be transferred in that agreement have not yet been paid but will in the next ten days. After payment of the funds, the parties will file a Stipulation of Dismissal with the Court.

RESPECTFULLY SUBMITTED, this 14th day of September 2021.

| | |
|---|---|
| /s/ Daniel W. Van Horn | /s/ *Amber Griffin Shaw (w/per. ABS)* |
| Daniel W. Van Horn (18940) | Amber Griffin Shaw (TN 026337) |
| Andrew B. Schrack (37624) | HARRIS SHELTON HANOVER WALSH, PLLC |
| BUTLER SNOW LLP | Suite 202, Hotel Lindo Building |
| 6075 Poplar Ave., Ste. 500 | 114 West Liberty Avenue |
| Memphis, TN 38119 | Covington, TN 38019-0846 |
| (901) 680-7331 | Tel. 901-476-7100 |
| (901) 680-7201 (fax) | ashaw@harrisshelton.com |
| Danny.VanHorn@butlersnow.com | |
| Andrew.Schrack@butlersnow.com | Henry B. Talbot (TN 32396) |
| | HARRIS SHELTON HANOVER WALSH, PLLC |
| *Attorneys for 1st Signature Lending, LLC* | 6060 Primacy Parkway, Suite 100 |
| | Memphis, TN 38119 |
| | Tel. 901-525-1455 |
| | htalbot@harrisshelton.com |
| | |
| | Attorneys for Brighton Bank |

61167468.v1