# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| 1ST SIGNATURE LENDING, LLC, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 2:20-cv-02894 JTF-cgc |
| BRIGHTON BANK, | ) |
| Defendant/Counter-Plaintiff. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Relying on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant 1st Signature Lending, LLC, and Defendant/Counter-Plaintiff Brighton Bank submit this Joint Stipulation of Dismissal with Prejudice. The parties stipulate that this matter should be dismissed with prejudice, with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED, this 1st day of October 2021.

/s/ *Andrew B. Schrack*
Daniel W. Van Horn (18940)
Andrew B. Schrack (37624)
BUTLER SNOW LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7331
(901) 680-7201 (fax)
Danny.VanHorn@butlersnow.com
Andrew.Schrack@butlersnow.com

*Attorneys for 1st Signature Lending, LLC*

/s/ *Amber Griffin Shaw* (w/per ABS)
Amber Griffin Shaw (TN 026337)
HARRIS SHELTON HANOVER WALSH, PLLC
Suite 202, Hotel Lindo Building
114 West Liberty Avenue
Covington, TN 38019-0846
Tel. 901-476-7100
ashaw@harrisshelton.com

Henry B. Talbot (TN 32396)
HARRIS SHELTON HANOVER WALSH, PLLC
6060 Primacy Parkway, Suite 100
Memphis, TN 38119
Tel. 901-525-1455
htalbot@harrisshelton.com

*Attorneys for Brighton Bank*

60524652.v1