# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**1ST SIGNATURE LENDING, LLC,**

    **Plaintiff/Counter-Defendant,**

**v.**                                                                           Case No. 2:20-cv-02894-JTF-cgc

**BRIGHTON BANK,**

    **Defendant/Counter-Plaintiff.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Before the Court is the parties' Joint Stipulation of Dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on October 1, 2021.  (ECF No. 47.)   The Court, being duly advised, finds that this action is **DISMISSED** with prejudice.   Each party shall itself bear all costs and attorney fees.

    **IT IS SO ORDERED** this 4th day of October 2021.

                                                                   *s/John T. Fowlkes, Jr.*
                                                                   JOHN T. FOWLKES, JR.
                                                                   United States District Judge