**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**1ST SIGNATURE LENDING, LLC,**

    **Plaintiff/Counter-Defendant,**

v.                                                                            Case No. 2:20-cv-02894-JTF-cgc

**BRIGHTON BANK,**

    **Defendant/Counter-Plaintiff.**

---

# JUDGMENT

    **DECISION BY COURT.**   This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, filed October 4, 2021.   (ECF No. 48.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                        THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                    CLERK

October 4, 2021                                                        s/LaFonda Willis
DATE                                                                      (BY) LAW CLERK